**Michael Eugene HUNT,**
**Plaintiff–Appellant,**

v.

**Gladys CASSESE; Paul Taylor; Don Hunt; Rose Locklear; Lt. Hughes Oxendine; Horace C. Sutton, Jr.; Sandra F. Thomas; Dr. Paul Smith, Defendants–Appellees.**

No. 11–7742.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 17, 2012.

Decided: Feb. 29, 2012.

Michael Eugene Hunt, Appellant Pro Se. Elizabeth F. Parsons, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before DAVIS, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Hunt appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hunt v. Cassese,* No. 5:10–ct–03132–D, 2011 WL 6130796 (E.D.N.C. Dec. 8, 2011). We deny

Hunt's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*